Leonard E. Steele, Appellant, v. Clare A. Sullivan, Executrix of Estate of Thomas E. Sullivan, Deceased, and James W. Burke, Trustee, Appellees.

Gen. No. 44,606.

opinion filed April 4, 1949; released for publication May 17, 1949. Geary & Stagman, for appellant; Rathje, Kulp, Sabel & Sullivan, for appellee; Joseph J. Sullivan, Jr., of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.